# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONALD G. LUTHER, JR.

VERSUS

KYLE ARDOIN, SECRETARY OF
STATE FOR THE STATE OF
LOUISIANA, JEFF LANDRY,
ATTORNEY GENERAL, AND
JOHNELL MATTHEWS

NO.  2020 CW 0715

**AUGUST 10, 2020**

In Re:    Donald G. Luther, Jr., applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 698530.

**BEFORE:   GUIDRY, CHUTZ, AND WOLFE, JJ.**

**WRIT DENIED.**   The trial court has not yet acted on relator's request for declaratory and mandamus relief.

**JMG**
**WRC**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT